WALLINGFORD v. WOOD *et al.*

No. 3474.   Opinion Filed February 28, 1914.

(139 Pac. 252.)

**APPEAL AND ERROR**—Dismissal—Brief.   Where plaintiff in error has filed no brief, as required by rule 7 of this court (38 Okla. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Rittenhouse, C.)

*Error from Superior Court, Custer County;*
*J. W. Lawter, Judge.*

Action in replevin by Lydia L. Wallingford against C. B. Wood and the Bonebrake-Lacy Hardware Company. Judgment for the defendants, and plaintiff brings error. Dismissed.

*M. L. Holcombe,* for plaintiff in error.

*Shull & McKnight,* for defendants in error.

Opinion by RITTENHOUSE, C.   This appeal was filed in this court January 2, 1912.   Neither party has filed a brief, nor have they offered any excuse for the failure to do so.   It is evident that the proceedings have been abandoned.   The appeal should therefore be dismissed for want of prosecution under rule 7 of this court (38 Okla. vi).   *Streeter v. McCoy,* 34

Okla. 490, 126 Pac. 216; *Thompson v. Murray,* 34 Okla. 521, 125 Pac. 1133; *Streeter v. Huene,* 34 Okla. 491, 126 Pac. 216; *Reliable Ins. Co. v. Newcomber,* 34 Okla. 759, 127 Pac. 260; *M., O. & G. Ry. Co. v. Johnson,* 34 Okla. 816, 127 Pac. 386; *First Nat. Bank v. Baldwin,* 34 Okla. 825, 127 Pac. 260; *Snow v. Frye,* 34 Okla. 826, 127 Pac. 422.

By the Court: It is so ordered.